IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP SCHMIDT )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STUART BRUNER, ERMA D. BRUNER )<br>)<br>Defendants. ) | Case No. 4:06-cv-398-HEA |

## JUDGMENT AND ORDER

NOW, this cause being taken up and heard and submitted to the court upon the pleading and the court find that Plaintiff Phillip Schmidt's Motion for Default Judgment as to Defendants Stuart Bruner and Erma D. Bruner is properly made and that Plaintiff has carried his burden.

The Court being fully advised, finds the issues for the Plaintiff, and finds, adjudges, and decrees that there are no material facts in issue and no opposition to Plaintiff's Motion for Default Judgment.

The Court further finds that Plaintiff is vested with the fee simple title to the property with an address known and numbered as 197 Juanitia Lane, Arnold MO 63010 and more particularly described as follows:

> ALL OF LOT TWENTY-TWO (22) OF SANTA ROSA ESTATES, A
> SUBDIVISION AS SHOWN BY PLAT ON FILE IN THE
> RECORDER'S OFFICE OF JEFFERSON COUNTY MISSOURI IN
> PLAT BOOK 29, PAGE 3.
> PARCEL #08-1.0-01.0-1-001-018

The Court further finds, adjudges, and decrees, that any interests to the subject property of Defendants were extinguished by the foreclosure of the State of Missouri's

lien for the payment of real estate taxes through the third offering tax sale of said real estate to Plaintiff, and that the failure of Defendants to redeem their liens in the Property in a timely manner, and said liens are null and void, and Defendants are not entitled to enforce any interest against the real estate; that all Defendants have no right, claim or interest in the property or title whatsoever, either legal or equitable in or to the property or any lien thereon that a copy of the Judgment and Decree of this Court shall be recorded in the Office of the Recorder of Deeds office of Jefferson Missouri.

SO ORDERED:

_____
JUDGE

Dated this 20th day of February, 2007